

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2019

No. 04-18-00852-CV

**IN RE ANDERSON COLUMBIA CO., INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

On January 24, 2019, this court ordered the substitution of Judge Maribel Flores as respondent in this original proceeding and abated the case for 60 days from the date of our January 24, 2019 order. Our order directed relator to present to Judge Flores each issue made the subject of the pending petition for writ of mandamus and obtain a ruling on each. Relator was further ordered to file in this court either an amended petition and appendix or the appropriate motion to dismiss this mandamus proceeding no later than 15 days following Judge Flores' ruling.

On February 4, 2019, the real parties in interest filed a motion for rehearing on our decision to abate. We DENY the motion for rehearing.

It is so **ORDERED** on February 11, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-03-31056-MCV, styled *Jerold Givens, et al. v. Salatiel Polanco, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas. The Honorable Gloria Saldana signed the complained-of order.